Craig Cunningham
3000 Custer Rd Ste 270-206
Plano, TX 75075



US District Court
401 West Trade St
Rm 1200
Charlotte, NC 28202