


Previous on List   Next on List   Return to List            Fictitious Name Search
No Filing History                                           Submit

# Fictitious Name Detail

### Fictitious Name
AAP

### Filing Information
Registration Number  G21000024125
Status               ACTIVE
Filed Date           02/19/2021
Expiration Date      12/31/2026
Current Owners       1
County               PALM BEACH
Total Pages          1
Events Filed         NONE
FEI/EIN Number       85-3779817

### Mailing Address
1300 N CONGRESS AVENUE
WEST PALM BEACH, FL 33409

### Owner Information
PELICAN INVESTMENT HOLDINGS GROUP, LLC
1300 N CONGRESS AVENUE
WEST PALM BEACH, FL 33409
FEI/EIN Number: 85-3779817
Document Number: M21000001080

### Document Images
02/19/2021 -- REGISTRATION    View image in PDF format

Previous on List   Next on List   Return to List            Fictitious Name Search
No Filing History                                           Submit

Florida Department of State, Division of Corporations